McGREGOR W. SCOTT
United States Attorney
MARLON COBAR
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-5092 AWI |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS |
| | ) | INDICTMENT WITHOUT PREJUDICE |
| v. | ) | AND ORDER |
| | ) | |
| JOSEPH URIBE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through McGREGOR W. SCOTT, the United States Attorney for the Eastern District of California, and MARLON COBAR, Assistant United States Attorney, hereby move the Court to dismiss the above-captioned indictment, without prejudice.

DATED: August 30, 2005            Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

                                  /S/ Marlon Cobar

                              By
                                  MARLON COBAR
                                  Assistant U.S. Attorney

## ORDER

IT IS HEREBY ORDERED THAT the above-captioned indictment be dismissed, without prejudice.

IT IS SO ORDERED.

**Dated:    August   , 2005**                         **/s/ Anthony W. Ishii**
9h0d30                                              UNITED STATES DISTRICT JUDGE